DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945 MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
dsager@daypitney.com
T: (973) 966-6300

Attorneys for Plaintiff
Howard Johnson International, Inc.


## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation, | HON. DENNIS M. CAVANAUGH, U.S.D.J. Civil Action No. 09-4486 (DMC) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANT S.R.A., INC.** |
| S.R.A., INC., a Kentucky corporation; SHABEG SINGH, an individual; and RAJWINDER SANDHU, an individual, | |
| Defendants. | |


This matter having been opened to the Court by way of motion filed by plaintiff Howard Johnson International, Inc. ("HJI"), by its attorneys, Day Pitney LLP, seeking final judgment by default against defendant S.R.A., Inc. ("SRA") pursuant to FED. R. CIV. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on August 31, 2009, seeking damages as a result of the breach and premature termination of a license agreement; and service of the Summons and Complaint having been effectuated with respect to SRA on September 10, 2009, by

83222672A02120809

personally serving its registered agent; and the time for SRA to answer or otherwise respond to the

Complaint having expired and no extensions having been requested or granted; and SRA having

failed to interpose an answer or other response to the Complaint; and default having been duly noted

by the Clerk of the Court against SRA on October 23, 2009, for its failure to plead or otherwise

defend in this action; and HJI having provided SRA with notice of the motion for judgment by

default; and defendants Shabeg Singh and Rajwinder Sandhu having filed for bankruptcy protection

on October 26, 2009, and there being therefore an automatic stay in effect as to those defendants;

and there being no just reason for delaying entry of final judgment against SRA; and the Court

having reviewed the papers; and good cause having been shown:

IT IS on this _____ *22* _____ day of _____ *April* _____, 2010,

**ORDERED, ADJUDGED AND DECREED**, that HJI have final judgment

against defendant SRA in the total amount of $587,082.22, comprised of the following:

      (a)    $468,787.20 for liquidated damages (principal plus prejudgment interest

through January 4, 2010);

      (b)    $112,295.02 for Recurring Fees (principal plus prejudgment interest through

January 4, 2010); and

      (c)    $6,000.00 for attorneys' fees and costs; and it is further

**ORDERED, ADJUDGED AND DECREED,** that beyond the date of this Order, post-judgment interest with respect to the total amount of this Final Judgment will continue to accrue at the rate allowed by law until the Final Judgment is paid in full.

HON. DENNIS M. CAVANAUGH, U.S.D.J.